## SKATES *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[H. C. No. 6, September Term, 1958.]

*Decided January 19, 1959.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

This is the petitioner's second application for leave to appeal from the denial of a writ of *habeas corpus*. His previous application was considered in *Skates v. Warden*, 214 Md. 639.

His application herein is denied for the reasons, fully and ably, set forth by Judge Michaelson in the court below.

*Application denied, with costs.*